<span style="color:orange">EXHIBIT 1</span>

Certified Limited



## NORTH CENTRAL OHIO EDUCATIONAL SERVICE CENTER

| Tiffin Campus | Fremont Campus | Marion Campus |
|---|---|---|
| 65 St. Francis Avenue | 500 West State Street | 333 East Center Street |
| Tiffin, Ohio 44883 | Fremont, Ohio 43420 | Marion, Ohio 43302 |
| 419-447-2927 | 419-332-8214 | 740-387-6625 |

1. Employee's Name __Amy Grogg__  Position __Psychologist__
2. Effective date of contract __8/1/2011__  Expiration Date __7/31/2012__
3. School year(s) covered __2011-2012__
4. Authorized experience __11 YRS__  Degree __MA__
5. Approved salary schedule __Psychologist__
6. Days per contract year __205__
7. Salary rate per current salary schedule __$63,329.00__
8. Employment Resolution Date __4/19/2011__

    AN AGREEMENT by and between the person whose name appears in line No. 1 and referred to hereinafter as the "employee" and the NORTH CENTRAL OHIO EDUCATIONAL SERVICE CENTER GOVERNING BOARD (NCOESC), referred to hereinafter as the "governing board" pursuant to resolution duly adopted by the governing board numbered and dated as set forth in line No. 8

    NOW, THEREFORE, IT IS MUTUALLY AGREED that on and after the effective date of employment under this contract as set forth in line No. 2, the employee shall be employed in the public schools of the NCOESC for the school year or years set forth in line No. 3. The employee agrees to abide by the rules and regulations adopted by the governing board for the governance of its employees including, BUT NOT LIMITED TO, maintaining appropriate certification.

    IN CONSIDERATION of such service and the performance of such duties included in, but not limited to, the job description as provided by the NCOESC _____ the governing board agrees to pay the employee for the school year or first school year set forth in No. 3 at the rate set forth in line No. 7 payable as provided by resolution of the governing board.

    IT IS UNDERSTOOD THAT this contract is contingent upon the continuation, at current levels, of any interdistrict contract or state and/or federal funding which directly supports the position to which the employee has been assigned.

    IT IS FURTHER AGREED that the provisions of RC 3319.12 (annual salary notice) and RC 3319.15 (termination of contract by employee) and RC 3319.16 (termination of contract by the governing board) and obligations of the employee and of the governing board under the State Teachers Retirement System are a part of this contract.

    DURING THE TERM OF THE EMPLOYEE'S EMPLOYMENT CONTRACT with the NCOESC, the Employee shall not, directly or indirectly, personally or through a third party, solicit or accept employment with any school district for which the Employee provided services as an employee of the NCOESC. In the event that the Employee violates this provision, the Employee shall pay the NCOESC, as agreed liquidated damages equal to five percent (5%) of the Employee's gross annual salary, including any bonuses and benefits (i.e. insurances, STRS/SERS costs, etc), which the new employing school district will pay the Employee. Superintendent reserves the right to waive this provision on a case-by-case basis.

    IN WITNESS WHEREOF, the governing board by its president and treasurer has set its hand on the date hereinabove set forth in line No. 8 and the employee has set his/her hand on the date set forth below.

## NORTH CENTRAL OHIO EDUCATIONAL SERVICE CENTER GOVERNING BOARD

_[signature]_       _[signature]_
President      Treasurer

_[signature: Amy Grogg]_    5/9/11
Employee      Date

RECEIVED MAY 1 3 2011

Revised 4/10